UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

GREG JAMES LAWSON, )
  )
    Plaintiff, )
  )
v. ) CV625-019
  )
JACOB BEASLEY, *et al.*, )
  )
    Defendants. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 10), to which no objections have been filed.[1] Accordingly, the Report and Recommendation is **ADOPTED**. (Doc. no. 10.) Lawson's request to be transferred to another prison, any claim asserting "supervisory liability," any claim arising from violations of administrative prison policies or procedures, and Defendants Beasley and Carver are all **DISMISSED**. Service of Lawson's claim that Defendant Edwards denied him outdoor recreation

---

[1] The pro se plaintiff, Greg James Lawson, has filed several documents during the objections period. (See docs. nos. 11, 12 & 14.) Those documents do not object to the Magistrate Judge's recommendation that Lawson's request for a transfer to a different prison, his assertion of "supervisory liability," claims arising from failure to follow "procedures," and claims against Defendants Beasley and Carver should be dismissed. (See generally id.) The documents do not clearly seek any meaningful relief. To the extent that they make any request at all, they seek "enough time to present campaign harassment to the Courts." (See, e.g., doc. 12 at 1.) Since there is no pending deadline, the request for "enough time" cannot be construed as a request for an extension of time. Moreover, to the extent that the documents make allegations concerning Lawson's treatment, they cannot be construed as requests to amend his Complaint. See, e.g., Fed. R. Civ. P. 15. Given that the documents do not appear to request any cogent relief, the Court does not address them further. To the extent that Lawson intended those documents to request some form of relief, he remains free to request such relief by motion. See Fed. R. Civ. P. 7(b).

1

remains pending service by the United States Marshal. (See doc. 15.) His request for appointed counsel remains pending before the Magistrate Judge. (Doc. 13.)

**ORDER ENTERED** at Augusta, Georgia, this ___ day of July, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA