UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| GREG JAMES LAWSON, Plaintiff, | ) | |
| v. | ) | CV625-019 |
| BRIANNA EDWARDS, Defendant. | ) | |

**ORDER**

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 30), to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED**. (Doc. no. 30.) Lawson's Complaint is **DISMISSED**. (Doc. no. 8.) The Clerk is **DIRECTED** to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 17th day of September, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA